SECOND DISTRICT.

Lowell L. Jibben, by his next friend, Orie L. Jibben, appellee, v. Village of Bartonville, appellant. Gen. No. 8,835.

 Opinion filed
February 14, 1935. Rehearing denied March 18, 1935.
Joe L. Johnson and George W. Hunt, for appellant. Richard H. Radley and John Radley, for appellee.
Mr. Justice Dove delivered the opinion of the court.